

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-17-00206-CV

___

IN THE INTEREST OF A.A.W., A CHILD

___

On Appeal from the 106th District Court
Garza County, Texas
Trial Court No. 12-06-06672, Honorable Carter T. Schildknecht, Presiding

___

July 27, 2017

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, C.R., appeals an order terminating her parental rights to A.A.W.[1]  The appellate record was due on June 19, 2017.  The clerk's record was filed by this deadline.  However, on June 27, 2017, the reporter notified us that C.R. had not requested preparation or made payment arrangements for the reporter's record.  By letter that day, we directed C.R. to request preparation of the reporter's record, make acceptable payment arrangements, and certify compliance by July 10, 2017.  On July 20, 2017, C.R. filed a copy of the letter she sent to the reporter requesting preparation of the record.  The letter also notified the reporter that C.R. had filed a statement of

___

[1] The suit to terminate C.R.'s parental rights was not filed by a governmental entity.

inability to afford payment of court costs in the trial court on June 28, 2017, but that appellee had filed a motion challenging the statement. *See* TEX. R. CIV. P. 145(f)(1). On July 26, 2017, the reporter notified us that C.R. has not made payment arrangements and the trial court has not ruled on whether C.R. is required to pay the reporter's fees.

In accordance with Texas Rule of Civil Procedure 145, we now abate this appeal and remand the cause to the trial court to determine whether C.R. can afford to pay the fees charged for preparing the reporter's record or is otherwise indigent. The trial court is also directed to enter such orders necessary to address the aforementioned matters. So too shall it include findings on those matters in a supplemental record and cause that record to be filed with this court by August 10, 2017. *See* TEX. R. CIV. P. 145(f)(6). Should further time be needed to perform these tasks, then same must be requested before August 10, 2017.

It is so ordered.

Per Curiam